**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DWAYNE TOTTLEBEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No:  21-CV-499-SPM |
| vs. | ) | |
| | ) | |
| OFFICER TODD HAYS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISSAL OF DEFENDANTS JEREMY COPPOTELLI**
**AND VILLAGE OF GLEN CARBON, ILLINOIS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their attorneys of record, that Plaintiff Dwayne Tottleben, having resolved his claims with Defendants Jeremy Coppotelli and Village of Glen Carbon, Illinois, hereby voluntarily dismisses with prejudice all claims against Defendants Jeremy Coppotelli and Village of Glen Carbon, Illinois, pursuant to Fed.R.Civ.P. 41, with each party bearing their own costs and attorneys' fees.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| **DWAYNE TOTTLEBEN** | **JEREMY COPPOTELLI and VILLAGE OF GLEN CARBON, ILLINOIS** |
| By: */s/ Jason M. Marx (with consent)*<br>Shawn W. Barnett, #6312312<br>Jason M. Marx, #6279288<br>Hale & Honico, LLC<br>53 West Jackson Blvd., Suite 337<br>Chicago, IL 60604<br>Phone: 312.870.6905<br>Email: sbarnett@halemonico.com<br>Email: jmarx@halemonico.com | By: */s/ David P. Renovitch*<br>David P. Renovitch, #6292173<br>Goldberg Segalla, LLP<br>8000 Maryland Avenue, Suite 640<br>St. Louis, MO 63105<br>Phone: 314.446.3350<br>Email: drenovitch@goldbergsegalla.com |

38675799.v1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 13th day of December, 2023, a true copy of the foregoing was electronically filed using the CM/ECF system, which will send notification to the following:

Shawn M. Barnett
Jason M. Marx
Hale & Monico, LLC
sbarnett@halemonico.com
jmarx@halemonico.com

Brian M. Funk
IFMK Law, Ltd.
bfunk@ifmklaw.com

Frederick W. Keck
Weilmuenster, Keck & Brown, P.C.
fwk@weilmuenster.com

*/s/ David P. Renovitch*

38675799.v1