IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DWAYNE TOTTLEBEN,

    Plaintiff,

v.

TODD HAYS, et al.,

    Defendant.

Case No. 21-CV-00499-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of December 13, 2023 (Doc. 72), this action is **DISMISSED with prejudice**.

**DATED: December 13, 2023**

                                            MONICA A. STUMP,
                                            Clerk of Court


                                            By: *s/ Jackie Muckensturm*
                                                        Deputy Clerk


**APPROVED:** *s/ Stephen P. McGlynn*
                  STEPHEN P. MCGLYNN
                  U.S. District Judge

1